# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

tampa Division

| | |
|---|---|
| Jason w Picard (gweedo the GOAT) c/o NSRL racing | Case No. 8:24cv1673-MSS-UAM *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| NASCAR INDYCAR FORMULA 1 | |
| *Defendant(s)* | |

JUL 16 2024 AM 11:34
FILED - USDC - FLMD - TPA

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | jason w picard ( gweedo the goat) NSRL |
| Street Address | 2425 51 ave no |
| City and County | st. pete. |
| State and Zip Code | florida 33714 |
| Telephone Number | 7275202785 |
| E-mail Address | gweedosongwriter@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: NASCAR
- Job or Title (if known): stock car / imsa
- Street Address: One Daytona Blvd.
- City and County: Daytona Beach, FL 32114
- State and Zip Code: FL 32114
- Telephone Number: (386)253-0611
- E-mail Address (if known): cs_escalations@nascar.com

Defendant No. 2
- Name: LIBERTY MEDIA CORPERATION
- Job or Title (if known): formula 1
- Street Address: 12300 Liberty Blvd.
- City and County: Englewood
- State and Zip Code: CO, 80112
- Telephone Number: (888) 789-8415
- E-mail Address (if known): admin@formula1.com

Defendant No. 3
- Name: INDYCAR
- Job or Title (if known): openwheel auto racing
- Street Address: 4551 West 16th Street
- City and County: Indianapolis,
- State and Zip Code: IN, 46222
- Telephone Number: 317.492.6526
- E-mail Address (if known): indycarnation@indycar.com

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
the sherman act.
the federal trade commision act.
the clayton act.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* jason w. picard, is a citizen of the State of *(name)* florida.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

   The defendant, *(name)* indycar, formula 1, nascar, is incorporated under the laws of the State of *(name)* indiana, colorado, north carolina, and has its principal place of business in the State of *(name)* ohio, indiana, colorado, north carolina.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

 *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

indycar, formula 1, nascar blocked me and other esports racing organizations from operating at the racetracks effectively disinfranchising us and stopping us from marketing ourselves at racing events. the amount a stake is still undertermined, but most likely will be in the millions of dollars.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

for over a decade,and counting, formula one, indycar, and nascar (known herafter as the big 3) and thier employees have acted in a monolpilizing defaming exclusive manor to disinfranchise, discredit and defame competing pro esports race promoters, race teams, sim racing equipment manufactures(known hereafter as SREM), merchandisers, venders, drivers and other pro esports auto racing organizations and/or institutions.

1) by using their Acquisitions and Positions Across the pro auto racing industry to gain Control of the pro esports auto racing market, using anticompetitive, exclusionary, and unlawful means that eliminate or severely diminish any pro esports racing marketplace competition.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

with the effectivness of the big 3 esports racing monopoly, the amount of annual esports racing revenue lost over the last fifteen years by one race team or promoter is unclear to this day.
by using nascars current $20,000 annual esports driver salary as a gauge, the best guess by the plaintif, of esports race promoter revenue defrauded to date, by the defendants, is 33.3 million dollars per defendant.
33.3 million dollars per defendant is relief sought from each defendant in the event the two sides cannot come to a pro esports support series agreement in mediation.
the plaintif woud ask the court to order said mediation.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

1) by using their Acquisitions and Positions Across the pro auto racing industry to gain Control of the pro esports auto racing market, using anticompetitive, exclusionary, and unlawful means that eliminate or severely diminish any pro esports racing marketplace competition.
2) by coordinating with individual SREM to create a pro esports race from home, individually isolated, racing system, that stops the esports racing community from gathering, racing, and growing at racetracks.
3) by instructing and assisting its racetracks management to help their latest favorite SREM, put on pro inperson esports races at their racetracks free of charge, while ignoring, discrediting, defaming, and blocking other race promoters and/or SREM from doing so..
4) by allowing and assisting its employees to use their power at the big 3 to give their esports racing freinds special percs, gifts, and pro status while ignoring, discrediting, and defaming their pro esports racing rivals.
5) by coluding with SREM to block competing pro esports racing promoters, broadcasters, and series from use of the "tools". making competing pro esports racing and broadcasting nearly impossible.
6) by paying real car pro teams to attend and pick drivers, at an exclusive draft party, at las vegas motor speedway, that led to lavish trips and parties at the big 3 drivers homes, giving virtual strangers unfair, inside, pro esports racing marketplace advantages.
7) by assisting, encouraging and/or paying its pro esports drivers to promote isolationism / individualism (racing from home) while defaming and discrediting their rivals who promote unity / inperson gathering (racing at racetracks).
8) by facilitating real car race teams to incorperate pro esport teams to participate in individual isolated weekly races from home online.
9) by switching SREM, and promotion thereof, so frequently, that it iliminates any unity and growth of the pro esports racing industry.
10) by encouraging and assisting their real car racing employees to own and operate their exsclusive pro esports teams, creating conflicts of interest.
11) by working with the latest favorite SREM to sabatage competing pro esports races at race tracks by implimenting unannounced frivolous updates that prohibited said equipment from being used.